# IN THE UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | **CASE NO. CR-3-140** |
| | : | **Judge Thomas Rose** |
| *Plaintiff,* | : | |
| v. | : | |
| **TODD A. BROWN** | : | **SUBSTITUTION OF COUNSEL** |
| *Defendant.* | : | |

For good cause shown, **Mia Wortham Spells,** Attorney at Law, hereby enters her appearance as counsel of record for **Todd A. Brown. Alan D. Gabel,** Attorney at Law is relieved of any further responsibility in connection with the above-captioned case.

Attorney Alan D. Gabel is out of the county and Attorney David Turner is currently handling his caseload. Attorney Turner has given telephone approval for the Substitution of Counsel on Attorney Gabel's behalf.

                                      Respectfully submitted,

                                      **s/Mia Wortham Spells**
                                      **Mia Wortham Spells: S.Ct. #0049449**
                                      5 North Williams Street
                                      Wright Dunbar Business Village
                                      Dayton OH 45402-6843
                                      937. 224.4600
                                      **937. 224.4707 (Fax)**

                                      <u>Telephone approval given by David Turner</u>
                                      **Alan D. Gabel**
                                      411 E. First Street, Ste. 200
                                      P.O. Box 1423
                                      Dayton OH 45401-1423
                                      937.222.5335

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following, Alan D. Gabel and David Turner.

_____
**Mia Wortham Spells**
**Attorney for Defendant**

PDF created with pdfFactory trial version www.pdffactory.com