IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    **Plaintiff,** :

vs : Case No. 3:04-CR-140(04)

**TODD A. BROWN** :

    **Defendant.**

---

### ORDER TERMINATING SUPERVISED RELEASE

---

On October 27, 2006, the above named was sentenced to five (5) years Supervised Release following his term of imprisonment. Based upon the recommendation of the U.S. Probation Department, no objection from the Government, and for good cause shown, it is hereby ordered that the Defendant, Todd A. Brown, is discharged from Supervised Release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated: November 17, 2014

Thomas M. Rose, Judge
United States District Court